UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| DARRYL LANIER | ) | CASE NO. 3:22-cv-479-RGJ |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BROWN-FORMAN COOPERAGES, | ) | |
| (ASSUMED NAME OF BROWN-FORMAN | ) | |
| CORPORATION) | ) | Filed Electronically |
| | ) | |
| DEFENDANT. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Darryl Lanier, wishes to dismiss all claims asserted against Defendant, Brown-Forman Corporation, in the above referenced civil action. The Parties jointly agree that this case should be dismissed with prejudice and stricken from the Court's docket, with each party bearing its own costs, fees, and expenses. This Stipulation of Dismissal is made under Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

/s/ *Lauren E. Berger*_____
Andrew Dutkanych
Lauren E. Berger, admitted *pro hac vice*
Biesecker, Dutkanych & Macer, LLC
411 Main Street
Evansville, IN 47708
(812) 424-1000 (telephone)
(812) 424- 1005 (fax)
Email: lberger@bdlegal.com
*Counsel for Plaintiff*

*/s/ Oliver B. Rutherford by LEB w/ permission*
Oliver B. Rutherford
SMITH & SMITH ATTORNEYS
400 North, First Trust Centre
200 South Fifth Street
Louisville, Kentucky 40202
Tel: (502) 587-0761
Fax: (502) 589-5345
obr@smithandsmithattorneys.com

December 21, 2023

Rebecca Grady Jennings, District Judge
United States District Court